# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161529(32)(33)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN ANTONIO POOLE,
      Defendant-Appellant.
_____/

SC: 161529
COA: 352569
Wayne CC: 02-000893-FC

      On order of the Chief Justice, the motions of Justin Schneider *et al.* to file a brief amicus curiae and to waive the filing fee are GRANTED. The amicus brief submitted on August 16, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2021



Clerk